BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
Acting United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
VICKEY L. QUINN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA  94102
Telephone: (415) 436-6648/6645
Facsimile: (415) 436-6632
E-mail: mike.underhill@usdoj.gov
         vickey.l.quinn@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 14-cv-5493-LB |
| Plaintiff, | |
| vs. | |
| TUG CASSIE LIND, VESSEL ID NO. 501267 (ex-Tug FALCON), her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem,* and UNKNOWN DEFENDANTS 1-10, *in personam,* | [~~PROPOSED~~] ORDER OF DISMISSAL [Fed.R.Civ.P. 41(a)(1)] |
| Defendants. | |

Case 3:14-cv-05493-LB   Document 17   Filed 11/25/15   Page 2 of 2

WHEREFORE, pursuant to the undersigned consent of the counsel for plaintiff, United States of America, IT IS ORDERED that this case shall be, and the same is, hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: November 25, 2015

_____
UNITED STATES DISTRICT JUDGE

WE HEREBY CONSENT TO ENTRY OF THE FOREGOING ORDER:

Dated: November 23, 2015

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
Acting United States Attorney
KERRY J. KEEFE
Chief, Civil Division
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office

/s/ Vickey L. Quinn
VICKEY L. QUINN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Plaintiff
United States of America

ORDER OF DISMISSAL         2         Case No.: 14-cv-5493-LB